IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NEAL BENJAMIN,

    Plaintiff.

v.

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

No. 4:19-CV-01973

(Judge Brann)

# ORDER

### JANUARY 17, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to proceed *in forma pauperis*, ECF No. 8, is **GRANTED**;

2. Plaintiff's complaint, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**; and

3. The Clerk of Court is directed to mark this matter **CLOSED**.

                BY THE COURT:

                *s/ Matthew W. Brann*
                Matthew W. Brann
                United States District Judge